**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50320 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-01835-BTM |
| v. | |
| HARRY LEE REDDS, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Barry T. Moskowitz, District Judge, Presiding

Submitted September 24, 2013[**]

Before:     RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Harry Lee Redds, Jr., appeals from the district court's judgment revoking

supervised release and the sentence imposed upon revocation. Pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967), Redds's counsel has filed a brief stating that

there are no grounds for relief, along with a motion to withdraw as counsel of

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

record.  We have provided Redds the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

A review of the record indicates that this appeal is moot because Redds's supervised release has again been revoked.  *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).  We accordingly dismiss the appeal.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**